JOHN MAHAR, Appellant, *v.* JAMES COMPTON, Respondent.

*Mahar* v. *Compton*, 35 App. Div. 631, affirmed.
(Submitted January 11, 1901; decided January 25, 1901.)

APPEAL from a judgment entered December 16, 1898, upon an order of the Appellate Division of the Supreme Court in

the fourth judicial department, overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant.

*Sickmon, Fish & Brendel* for appellant.

*Judson & Richardson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.   Not sitting: O'BRIEN, J.